No. 402.   W. H. PUGH COAL COMPANY, Appellant, v. UNITED STATES OF AMERICA, Respondent.

(Also reported in 225 N. W. 2d 518.)

The cause was submitted for the appellant on the brief of *Whyte, Hirschboeck, Minahan, Harding & Harland, S. C.,* attorneys, and *Victor M. Harding* of counsel, all of Milwaukee; and for the respondent on the brief of *Wallace H. Johnson,* assistant attorney general; *David B. Bukey,* United States attorney, Milwaukee; *Steven C. Underwood,* assistant United States attorney, Milwaukee; and *Jacques B. Gelin* and *Glen R. Goodsell,* attorneys, Department of Justice, Washington, D. C.

Order affirmed.